No. D–2720. IN RE DISBARMENT OF REGAN. Disbarment entered. [For earlier order herein, see *ante*, p. 1054.]

No. 11M59. EL FALESTENY *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. Motion for leave to file a petition for writ of certiorari under seal denied without prejudice to filing a renewed motion together with either a redacted petition or an explanation as to why the petition may not be redacted within 30 days. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 11–393. NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.;
No. 11–398. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. *v.* FLORIDA ET AL.; and
No. 11–400. FLORIDA ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, pp. 1033 and 1034.] Motion of the National Federation of Independent Business et al. to add Dana Grimes and David Klemencic as additional petitioners in No. 11–393 and additional respondents in Nos. 11–398 and 11–400 granted.

No. 11–460. LOS ANGELES COUNTY FLOOD CONTROL DISTRICT *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 11–604. EM LTD. ET AL. *v.* REPUBLIC OF ARGENTINA ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–5721. HILL *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1057.] Motion of petitioner for appointment of counsel granted. Stephen E. Eberhardt, Esq., of Tinley Park, Ill., is appointed to serve as counsel for petitioner in this case.

No. 11–5731. ABULKHAIR *v.* BOEHM ET AL. Sup. Ct. N. J. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1011] denied.